NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**BRIESE LICHTTECHNIK VERTRIEBS GMBH** AND
**HANS-WERNER BRIESE,**
*Plaintiffs-Cross-Appellants,*

**v.**

**BRENT LANGTON, B2PRO, KEY LIGHTING, INC.,
SERGIO ORTIZ,** AND **EDWARD C. SCHEWE,**
*Defendants-Appellants.*

———————————

2014-1253, -1265

———————————

Appeals from the United States District Court for the
Southern District of New York in No. 1:09-cv-09790-SC-
MHD, Judge Samuel Conti.

———————————

**ON MOTION**

———————————

**O R D E R**

Appellants move without opposition to correct the
caption in these appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

2                    BRIESE LICHTTECHNIK VERTRIEBS v. LANGTON


  The motion is granted.  The revised official caption is reflected above.

         FOR THE COURT

         /s/ Daniel E. O'Toole
         Daniel E. O'Toole
         Clerk of Court


s30